(A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES J. LONG, JR., Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE W. KAHLER, JR., Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NELSON TROCHE, Appellant.— [In each action] Time to perfect appeal extended to the term to commence September 6, 1961.

 ELI BESEN, Individually and Doing Business as LAKE ESTATES, Respondent-Appellant, v. NEW YORK STATE THRUWAY AUTHORITY et al., Appellants-Respondents.— Motion for extension of time to perfect appeal granted, upon condition appellant shall file and serve record, brief and note of issue on or before August 7, 1961, and be ready for argument at the term to commence September 6, 1961.

 OLGA SINDONE, Appellant, v. LA SALA BROS., INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Application for extension of time to perfect appeal to the September 1961 Term. Application granted.

 PEERLESS CASUALTY COMPANY, Appellant, v. JOHN BORDI, Respondent. — Motion to modify the order of this court, granted January 25, 1961, to provide that the record and appellant's brief be filed and served 15 days after the receipt of the minutes. Motion granted.

 THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. GERALD H. ROGERS, Defendant.—

 Time to perfect appeal extended to the term to commence September 6, 1961.

 In the Matter of the Construction of the Will of MICHAEL G. FARHART, Deceased.— Application for extension of time to file brief and note of issue. Application granted and time extended for 30 days.

 (A) MORRIS NEWMARK, as Trustee, Appellant, v. NATIONAL BANK AND TRUST COMPANY OF NORWICH et al., Respondents. (B) NATIONAL BANK AND TRUST COMPANY OF NORWICH, Respondent, v. MAYDOLE HAMMER CORPORATION et al., Appellants. (C) NATIONAL BANK AND TRUST COMPANY OF NORWICH, Respondent, v. DAVID MAYDOLE TOOL CORPORATION, Appellant.— [In each action] Motions for extension of time to perfect appeals denied and appeals dismissed, without costs.

 CLIFFORD DURHAM et al., as Administrators of the Estate of ANTHONY L. DURHAM, Deceased, Respondents, v. LEO T. MELLY et al., as Executors of CLIFFORD C. THOMAS, Deceased, et al., Appellants.— Motion for an extension of time to perfect appeal. Motion granted, without costs, and time to perfect appeal extended to the term to commence September 6, 1961.

 ETHEL M. KROM, as Limited Administratrix of the Estate of LEON KROM, Deceased, Appellant, v. SHARP & DOHME, INC., Respondent.— Motion for reargument denied, without costs.

 ANTONINA BANACH, Appellant, v. HOME GAS COMPANY, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs.

 LILLIAN F. PORINGER, as Administratrix D. B. N. of the Estate of HELEN F. BRODY, Deceased, Appellant, v. MEYER W. BRODY, Respondent.— Motion for reargument or permission to appeal to the Court of Appeals denied, without costs. Application for stay granted, and stay continued pending application to the Court of Appeals.